SQUIRE PATTON BOGGS (US) LLP
Eric J. Troutman (State Bar # 229263)
eric.troutman@squirepb.com
Jason M. Ingber (State Bar # 318323)
jason.ingber@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Attorneys for Defendant
LOANDEPOT.COM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ELLIOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOANDEPOT.COM, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 8:19-cv-01276-JVS-MRWx<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** pursuant to Central District Local Rule 16-15.7, Plaintiff and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

Dated:  December 13, 2019               SQUIRE PATTON BOGGS (US) LLP


By: */s/ Jason M. Ingber*
           Eric J. Troutman
           Jason M. Ingber
        Attorney for Defendant
        LOANDEPOT.COM, LLC

- 2 -

NOTICE OF SETTLEMENT
*Case No. 8:19-CV-01276*